**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM IBRAHIM, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>C.R. ENGLAND, INC., a Utah Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No: 5:23-cv-01062-MCS-SK<br><br>**ORDER ON STIPULATION TO ARBITRATION (ECF No. 14)**<br><br>Complaint Served:  May 9, 2023<br>Date Removed:  June 7, 2023<br>Current Response Date:  July 14, 2023 |

- 1 -
ORDER ON STIPULATION TO ARBITRATION

# ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that this lawsuit, Case No. 5:23-cv-01062-MCS-KK, be stayed so that the parties may proceed to binding arbitration. This court shall retain jurisdiction to enforce this Order, the stipulation to binding arbitration, and any arbitration award rendered at arbitration.

**The Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court. The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the parties must notify the Court within seven days of the conclusion of arbitration proceedings.**

IT IS SO ORDERED.

DATED: July 13, 2023

*Mark C. Scarsi* (signature)

_____
Mark C. Scarsi
United States District Judge